UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:                                                                        Chapter 7

**JEROME YEISER,**                                          Case No. 19-23559- RDD

                               **Debtor.**
-----------------------------------------------------x

## NOTICE OF ADJOURNMENT

      **PLEASE TAKE NOTICE** that Motion for Relief from the Automatic Stay (ECF#13) is adjourned to June 30, 2020 at 10:00 a.m. on consent of all parties.

      **PLEASE TAKE FURTHER NOTICE** that such hearings will take place in the Honorable Robert D. Drain's Courtroom 118 of the Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.


Dated: Harrison, NY                                               /s/ H. Bruce Bronson
       March 27, 2020                                          Counsel for Debtor and
                                                                         Defendant, Michael Negri
                                                                            Bronson Law Offices, P.C.
                                                                            480 Mamaroneck Avenue
                                                                            Harrison, NY 10528
                                                                            Telephone: 877-385-7793
                                                                            Fax: 888-908-6906